**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA                  §
                                          §
                                          §
                                          §
VS.                                       §        CRIMINAL  NO. H-14-124
                                          §
                                          §
                                          §
JESSE CHARLES SAUCEDO, *et al.*           §

**O R D E R**

Defendant  Mollie Ann Richardson filed a  motion for continuance, (Docket Entry No. 69).

The co defendants and government are unopposed to the motion. The court finds that the interests

of justice are served by  granting  this continuance and that those interests outweigh the interests of

the public and the defendants in a speedy trial. The  motion for continuance is GRANTED. The

docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 21, 2014 |
| Responses are to be filed by: | August 4, 2014 |
| Pretrial conference is reset to**:** | **August 11, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 18, 2014 at 9:00 a.m.** |

SIGNED on May 6, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge