IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-124 |
| | § | |
| JESSE CHARLES SAUCEDO, *et al.* | § | |

**O R D E R**

Defendant Mollie Ann Richardson filed a motion for continuance, (Docket Entry No. 78). The co defendants and government are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 29, 2014 |
| Responses are to be filed by: | October 6, 2014 |
| Pretrial conference is reset to**:** | **October 14, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 20, 2014 at 9:00 a.m.** |

SIGNED on August 5, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge