**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-124 |
| | § § § | |
| JESSE CHARLES SAUCEDO DEBBIE MOYA MARTINEZ | § § | |

# O R D E R

Defendant Jesse Charles Saucedo filed a motion for continuance, (Docket Entry No. 104). The co defendants and government are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 23, 2015 |
| Responses are to be filed by: | March 9, 2015 |
| Pretrial conference is reset to**:** | **March 16, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 23, 2015 at 9:00 a.m.** |

SIGNED on December 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge