United States District Court
Southern District of Texas
**ENTERED**
November 18, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-124-1 |
| | § § § § | |
| JESSE CHARLES SAUCEDO | § | |

**O R D E R**

The defendant filed an unopposed motion to extend the deadline for filing objections and for a continuance of the sentencing hearing, (Docket Entry No. 160). The motion is GRANTED. Objections to the presentence report are due by December 12, 2015. The sentencing hearing is reset to **February 2, 2016 at 9:00 a.m.**

SIGNED on November 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge